1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ANTHONY STAMPS,                              No.  CV 14-05587 LB

9           Plaintiff,                            **ORDER**

10      v.

11   GOLDEN GATE SCENIC,

12          Defendant.

13   _____/

14   GOOD CAUSE APPEARING THEREFOR,

15       IT IS ORDERED that this case is reassigned to the **Honorable Samuel Conti** in the **San**

16   **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17   bear the **initials SC** immediately after the case number. All dates presently scheduled are vacated

18   and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19   Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

20   Matters for which a magistrate judge has already issued a report and recommendation shall not be

21   rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

22   accordance with Fed. R. Civ. P. 72(b).

23

24                                           FOR THE EXECUTIVE COMMITTEE:

25

26   Dated:  December 24, 2014

27                                           Richard W. Wieking
                                             Clerk of Court
28

A true and correct copy of this order has been served by mail upon any pro se parties.

United States District Court
For the Northern District of California