BRODSKY MICKLOW BULL & WEISS LLP
KURT MICKLOW, State Bar No. 113974
kmicklow@bmbwlawfirm.com
EDWARD M. BULL III, State Bar No. 141966
1070 Marina Village Parkway, Suite 200
Alameda, CA 94501
Telephone:   (510) 268-6180
Facsimile:    (510) 268-6181

Attorneys for Plaintiff ANTHONY STAMPS

MARKER E. LOVELL, JR. (208659)
CHELSEA D. YUAN (240559)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: mlovell@gibsonrobb.com
cyuan@gibsonrobb.com

Attorneys for Defendant
GOLDEN GATE SCENIC STEAMSHIP CORPORATION
dba the RED & WHITE FLEET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY STAMPS,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GOLDEN GATE SCENIC STEAMSHIP CORPORATION dba the RED & WHITE FLEET, and DOES 1-5, in personam, and F/V HARBOR PRINCESS, her engines, tackle, apparel, furniture, and appurtenances, in rem;<br><br>　　　　　　　　Defendants. | CASE NO. 3:14-cv-05587-HSG<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR REASSIGNED CIVIL CASE** |

STIPULATION AND ORDER CONTINUING
CMC FOR REASSIGNED CIVIL CASE                                          CASE NO. 3:14-CV-05587-HSG

## STIPULATION

Pursuant to Local Rule 7-12, Plaintiff ANTHONY STAMPS ("Plaintiff") and Defendant GOLDEN GATE SCENIC STEAMSHIP CORPORATION dba the RED & WHITE FLEET ("Defendant") hereby STIPULATE that this Honorable Court be requested to continue the Case Management Conference for Reassigned Civil Case currently set for November 10, 2015 at 2:00 p.m. for one week until November 17, 2015 at 2:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, California, to accommodate plaintiff's counsel both of whom will be out of state on prepaid trips on the current date set for said conference.

DATED: November 5, 2015    BRODSKY MICKLOW BULL & WEISS LLP

By:   /s/ KURT MICKLOW
      Kurt Micklow

Attorneys for Plaintiff
ANTHONY STAMPS

DATED: November 5, 2015    GIBSON ROBB & LINDH LLP

By: /S/ MARKER E. LOVELL, JR.
    Marker E. Lovell, Jr.

Attorneys for Defendant
GOLDEN GATE SCENIC STEAMSHIP
CORPORATION dba the RED & WHITE
FLEET

## ORDER

IT IS SO ORDERED.

DATED: November 4, 2015

_Haywood S. Gill Jr._
UNITED STATES DISTRICT JUDGE