UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY STAMPS,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLDEN GATE SCENIC STEAMSHIP CORPORATION,<br><br>    Defendant. | Case No. 14-cv-05587-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 29 |
|---|---|

On November 18, 2015, the parties filed a joint stipulation to continue trial and other related dates. The Court mostly adopts the parties' proposed schedule and sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Deposition of Dr. Clement Jones | November 24, 2015 |
|---|---|
| Deposition of Joe Burgard | December 3, 2015 |
| Deposition of Captain David Minard | December 3, 2015 |
| Discovery Cut-Off | December 31, 2015 |
| Mediation with Chris Lavdiotis | January 6, 2016 |
| Case Management Conference (if the case does not settle) | January 12, 2016 at 2:00 p.m. |
| Expert disclosures due (with reports) | January 22, 2016 |
| Supplemental expert disclosures due (with reports) | February 5, 2016 |
| Last day to hear dispositive motions | March 17, 2016 at 2:00 p.m. |
| Pretrial conference | April 26, 2016 at 3:00 p.m. |
| Jury Trial | May 9, 2016 at 8:30 a.m. |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing

Order.

**IT IS SO ORDERED.**

Dated:   11/20/2015

_____<br>
HAYWOOD S. GILLIAM, JR.<br>
United States District Judge