UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY STAMPS, <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN GATE SCENIC STEAMSHIP CORPORATION dba the RED & WHITE FLEET, and DOES 1-5, *in personam*, and F/V HARBOR PRINCESS, her engines, tackle, apparel, furniture, and appurtenances, *in rem*; <br><br> Defendants. | Case No. 3:14-cv-05587-HSG <br><br> **ORDER GRANTING UNOPPOSED MOTION TO CHANGE TIME** <br><br><br><br><br><br> Complaint filed: December 22, 2014 |

HAVING CONSIDERED the unopposed motion filed by defendant GOLDEN GATE SCENIC STEAMSHIP CORPORATION dba the RED & WHITE FLEET, and for good cause shown, it is hereby ordered that the supplemental expert designation date previously set for February 5, 2016, is extended to February 19, 2016.

IT IS SO ORDERED.

Dated: February 3, 2016

_____
Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO CHANGE TIME Case No. 3:14-cv-05587-HSG; Our File No. 8004.06