1 | BRODSKY MICKLOW BULL & WEISS LLP
KURT MICKLOW, State Bar No. 113974
2 | kmicklow@bmbwlawfirm.com
EDWARD M. BULL III, State Bar No. 141966
3 | ebull@bmbwlawfirm.com
1070 Marina Village Parkway, Suite 200
4 | Alameda, CA 94501
Telephone:   (510) 268-6180
5 | Facsimile:   (510) 268-6181

6 | Attorneys for Plaintiff
ANTHONY STAMPS
7 |
MARKER E. LOVELL, JR. (208659)
8 | CHELSEA D. YUAN (240559)
GIBSON ROBB & LINDH LLP
9 | 201 Mission Street, Suite 2700
San Francisco, California 94105
10 | Telephone: (415) 348-6000
Facsimile: (415) 348-6001
11 | Email: mlovell@gibsonrobb.com
cyuan@gibsonrobb.com
12 |
Attorneys for Defendant
13 | GOLDEN GATE SCENIC STEAMSHIP CORPORATION
dba the RED & WHITE FLEET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY STAMPS, | CASE NO. 3:14-cv-05587-HSG |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | [FRCP Rule 41(a)(2)] |
| GOLDEN GATE SCENIC STEAMSHIP CORPORATION dba the RED & WHITE FLEET, and DOES 1-5, *in personam,* and F/V HARBOR PRINCESS, her engines, tackle, apparel, furniture, and appurtenances, *in rem*; | |
| Defendants. | |

STIPULATION AND ORDER OF DISMISSAL   -1-   CASE NO. 3:14-CV-05587-HSG

**STIPULATION**

WHEREAS the settlement of this dispute has been finalized, Plaintiff ANTHONY STAMPS ("Plaintiff") and Defendant GOLDEN GATE SCENIC STEAMSHIP CORPORATION dba the RED & WHITE FLEET ("Defendant"), by and through their respective attorneys of record, hereby stipulate and respectfully request that this case be dismissed with prejudice, with each party bearing its own attorney's fees and costs.

DATED: May 11, 2016        BRODSKY MICKLOW BULL & WEISS LLP


By:  /s/ KURT MICKLOW
     Kurt Micklow
Attorneys for Plaintiff
ANTHONY STAMPS

DATED: May 11, 2016        GIBSON ROBB & LINDH LLP


By: /S/ MARKER E. LOVELL, JR.
     Marker E. Lovell, Jr.
Attorneys for Defendant
GOLDEN GATE SCENIC STEAMSHIP CORPORATION dba the RED & WHITE FLEET

**ORDER**

IT IS SO ORDERED.

DATED: May 12, 2016        *[signature]*
                           Hon. Haywood S. Gilliam, Jr.
                           UNITED STATES DISTRICT JUDGE